AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:12 MJ 3148 | 10/12/2012; 1:12 PM | Henry J. Hilow |

Inventory made in the presence of:
MATTHEW BECKWITH; [signature] Matthew Beckwith

Inventory of the property taken and name of any person(s) seized:

1. PATIENT FILES (FAIRVIEW HOSPITAL)
2. PATIENT FILES (FAIRVIEW HOSPITAL)
3. PATIENT FILES (FAIRVIEW HOSPITAL)
4. PATIENT FILES (FAIRVIEW HOSPITAL)
5. DIRECTIONS SAVING SCANNED IMAGES
6. 5 CDs OF PATIENT IMAGES
7. PATIENT FILES (FAIRVIEW HOSPITAL)
8. PATIENT FILES (SOUTHWEST HOSPITAL)
9. PATIENT FILES (SOUTHWEST HOSPITAL)
10. MISCELLANEOUS DOCUMENTS
11. PATIENT FILES (ST. JOHN MEDICAL CENTER)
12. CO-PAY LEDGER, EMPTY FOLDER
13. 8 DICTATION CASSETTES
14. PATIENT DAY SHEETS; DEPOSIT TICKETS CHECK REGISTER, EXPENSE LEDGER
15. MISC. BUSINESS DOCUMENTS
16. APPOINTMENT BOOK & MISC. DOCUMENTS
17. PATIENT FILES (MIXED)
18. PATIENT FILES (MIXED)
19. PATIENT FILES (ST. JOHN)
20. BACK-UP DRIVES
21. MISC. DOCUMENTS
22. MEDICARE BINDERS + EOBs
23. DAY SHEETS WITH DEPOSIT SLIPS
24. DOCUMENTS

Nothing Follows

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/16/2012

[signature]
Executing officer's signature

THOMAS CORRIGAN, SPECIAL AGENT
Printed name and title